# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-14-00486-CR

_____

### LETICIA EMERSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

_____

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 11-13043**

_____

### MEMORANDUM OPINION

Pursuant to a plea bargain agreement, appellant Leticia Emerson (Emerson) pleaded guilty to the state jail felony offense of injury to a child. *See* Tex. Penal Code Ann. § 22.04(a)(3),(f) (West Supp. 2014).[1] The trial court found the evidence sufficient to find Emerson guilty, but deferred further proceedings and placed

---

[1]We cite to the current version of the statute as the subsequent amendments do not affect the outcome of this appeal.

Emerson on community supervision for four years and assessed a $500 fine. The State subsequently filed a motion to revoke Emerson's unadjudicated community supervision. Emerson pleaded "true" to alleged violations of the conditions of her community supervision. After conducting an evidentiary hearing, the trial court found that Emerson violated the conditions of her community supervision, found Emerson guilty of injury to a child, and assessed punishment at twelve months of confinement.

Emerson's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On February 4, 2015, we granted an extension of time for Emerson to file a *pro se* brief. We received no response from Emerson asserting any appellate issues. We have reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[2]

---

[2]Emerson may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

AFFIRMED.

_____
LEANNE JOHNSON
Justice

Submitted on May 11, 2015
Opinion Delivered May 27, 2015
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.